| | |
|---|---|
| COUNTY COURT, DENVER COUNTY COLORADO<br>Court Address: 1437 BANNOCK STREET, RM 135<br>DENVER, CO 80202<br>Phone Number: 720-865-7800 | EFILED Document – Denver County<br>2014C61440<br>CO Denver County-County Court<br>Filing Date: Jun 16 2014 09:26AM MDT<br>Filing ID: 55595634<br>Review Clerk: Kit Ip |
| KRISTAN CLOYES, PLAINTIFF<br><br>v.<br><br>MEDICREDIT, INC. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Sean Cloyes, Reg. #33381<br>Kinnaird Cloyes & Kinnaird, P.C.<br>7350 E. Progress Place, Suite 100<br>Greenwood Village, CO 80111<br>Phone Number: 303-217-8130 | Case No.<br><br>Div.: Civil   Ctrm.: |

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

COMES NOW Plaintiff Kristan Cloyes, through the undersigned, and hereby submits the following Complaint against Defendant MediCredit, Inc.:

1. Upon information and belief Defendant is a corporation organized under the laws of the state of Missouri, and is duly registered with the Colorado Secretary of State to conduct business within the state of Colorado. According to the website of the Colorado Secretary of State, the agent for service of process for Defendant is The Corporation Company, located at 1675 Broadway, Suite 1200, Denver, CO 80202.

2. The amount herein does not exceed the jurisdiction of the Court.

3. Such claim arises from the following events.

    a. Plaintiff was transported to Presbyterian/St. Luke's Medical Center on or about October 6, 2013.

    b. Plaintiff expressly and continuously refused treatment. In spite of the refusal, she was forced to ride to the hospital.

    c. Once at the hospital, Plaintiff again refused treatment. The "alleged debt" that Defendant seeks to collect is for a small cut on Defendant's ankle, which clearly did not require medical treatment, and certainly not at the cost which Defendant seeks to collect.

    e. Defendant's communications with Plaintiff are unlawful in that Defendant has communicated with Plaintiff when it knew, or should have known that Defendant is represented by counsel, and Defendant is attempting to collect on an invalid debt.


EXHIBIT A

Defendant has also failed to clearly identify itself as a debt collector and has failed to make reference to Plaintiff's rights under Colorado law pursuant to the Colorado Fair Debt Collection Practices Act.

4. Defendant is a "debt collector," as that term is defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692, *et seq.*, hereinafter "FDCPA"),

5. Defendant is both a "collection agency" and "debt collector," as that term is defined by the Colorado Fair Debt Collection Practices Act (C.R.S §12-14-101, *et seq.*, hereinafter "CFDCPA")

6. Plaintiff is a "consumer," as that term is defined by the FDCPA.

7. Plaintiff is a "consumer," as that term is defined by the CFDCPA.

8. Defendant's conduct as defined herein violates both the FDCPA and CFDCPA.

9. Defendant's violation of the FDCPA caused Plaintiff damages, injuries and losses, which Plaintiff is entitled to recover from Defendant pursuant to 15 U.S.C. § 1692k.

10. Defendant's violation of the CFDCPA caused Plaintiff damages, injuries and losses, which Plaintiff is entitled to recover from Defendant pursuant to C.R.S. § 12-14-113

11. Defendant is not a natural person and therefore cannot be an infant, incompetent, nor in the military service of the United States.

12. Plaintiff at this time demands trial by jury.

**WHEREFORE**, Plaintiff prays this Honorable Court enter judgment against Defendant for all damages as proven at trial, plus interest, costs and reasonable attorney's fees, and any such other relief as the Court deems proper.

Respectfully Submitted this 13th day of June, 2014.

KINNAIRD CLOYES & KINNAIRD, PC


By:     /s/ Sean Cloyes
        SEAN CLOYES, No. 33381, Attorney for Plaintiff