IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01961-WYD-BNB

KRISTAN CLOYES,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

## ORDER OF DISMISSAL

In accordance with the parties' Joint Motion to Dismiss With Prejudice filed December 19, 2014, it is

ORDERED that the Joint Motion to Dismiss With Prejudice (ECF No. 21) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

Dated:  December 22, 2014

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge